IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ADONEY MONGE-SANTOS,<br>Defendant. | Case No. 1:25-MJ-96 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Edward Viverette, being duly sworn, depose and state:

1. I am a Special Agent with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Washington Field Division in Washington, D.C. I have experience with investigations, apprehension, and prosecution of individuals involved in federal and state criminal offenses. During these investigations, I have analyzed records; participated in the search and seizure of phone, email, and social media accounts; conducted mobile and static surveillance; conducted interviews; prepared and sworn criminal complaints; and participated in the execution of search and arrest warrants. Since working for ATF, I have graduated from the Criminal Investigator Training Program and ATF Special Agent Basic Training. I have also received a training from an Immigrations and Customs Enforcement's Enforcement and Removal Operations attorney on immigration law. I have authority under Title 8 to enforce immigration laws.

2. Prior to joining ATF, I was a Police Officer at Wayne State University Police Department, where I also worked in the special operations division as a plain-clothes officer for approximately four years, assisting various federal, state, and local agencies. During this time, I conducted numerous investigations into state, local, and federal firearms and narcotics violations. From February 2020 through January 2022, I was a Task Force Officer with the ATF, Crime Gun Enforcement Team (CGET). During my assignment with the ATF, I participated in several criminal investigations focused on firearms and armed drug trafficking violations.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for Jose Adoney MONGE-SANTOS, an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about November 15, 2024, ICE learned that Jose Adoney MONGE-SANTOS had been detained at the Fairfax County Adult Detention Center in Fairfax, Virginia, within the Eastern District of Virginia.

6. ICE performed records checks which confirmed that Jose Adoney MONGE-SANTOS is a native and citizen of Honduras who was removed from the United States on or about April 29, 2016 at or near Brownsville, Texas. MONGE-SANTOS did not have legal authorization to reenter or remain in the United States.

7. MONGE-SANTOS was fingerprinted when arrested in Fairfax and [those fingerprints] came back to a unique FBI number associated with MONGE-SANTOS. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to MONGE-SANTOS and his unique FBI number. Specifically, the immigration record checks confirmed that MONGE-SANTOS is a native and citizen of Honduras with an associated alien file

8. I also reviewed documents from MONGE-SANTOS's [aforementioned alien file] maintained by U.S. Citizenship and Immigration Services. [The A-file was associated with Monge-Santos through, among other things, his unique FBI #.] The documents I reviewed contained multiple previously executed Immigration Service Form I-205s "Warrant of Removal/Deportation," bearing MONGE-SANTOS's photograph, fingerprint, and signature. These forms showed that MONGE-SANTOS was removed from the United States on the following dates and places of removal: April 29, 2016 from Brownsville, Texas, July 3, 2015 from Brownsville, Texas, and also removed on June 28, 2013.

9. I requested assistance from ICE in conducting a records check through immigration databases for MONGE-SANTOS. The record check confirmed that MONGE-SANTOS has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal. The record check further revealed no

evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States.

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that on or about November 15, 2024 within the Eastern District of Virginia, MONGE-SANTOS, an alien who was removed from the United States on or about April 29, 2016 at or near Brownsville, Texas, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Edward B Viverette II
Digitally signed by Edward B Viverette II
Date: 2025.02.28 17:05:11 -05'00'

Edward Viverette
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on 2ꜰ, 2025.

The Honorable Judge Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia